# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL E. BOYD,<br><br>    Plaintiff,<br><br>v.<br><br>SANTA CRUZ COUNTY, et al.,<br><br>    Defendants. | Case No. 15-cv-00405-BLF<br><br>**ORDER SUBMITTING WITHOUT ORAL ARGUMENT ALL PENDING MOTIONS OTHER THAN MOTION FOR PRELIMINARY INJUNCTION; VACATING MAY 28, 2015 HEARING DATE; AND CONTINUING MAY 28, 2015 CASE MANAGEMENT CONFERENCE TO JULY 2, 2015** |

All motions currently pending before the Court are hereby SUBMITTED without oral argument EXCEPT for Plaintiff's motion for preliminary injunction, which remains set for hearing on July 2, 2015 at 9:00 a.m. The hearing date of May 28, 2015 is VACATED. The Case Management Conference set for May 28, 2015 is CONTINUED to July 2, 2015 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: May 22, 2015

_____
BETH LABSON FREEMAN
United States District Judge