UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| MICHAEL E BOYD, | |
|---|---|
| Plaintiff, | Case No. 15-cv-00405-BLF |
| v. | **CASE MANAGEMENT ORDER** |
| SANTA CRUZ COUNTY, et al., | |
| Defendants. | |

On 07/02/2015, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| | |
| Opposition to Motion to Dismiss due | 08/20/2015 |
| Reply to Opposition to Motion to Dismiss due | 09/10/2015 |
| Further Case Management Conference set | 11/12/2015 at 11:00 am |
| | |
| | |
| | |
| | |

IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery are referred to the assigned Magistrate Judge.

IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing orders, which are available on the Court's website and in the Clerk's Office.

IT IS FURTHER ORDERED THAT the Parties may file a Motion in Joinder to the already filed Motion to Dismiss set on 09/24/2015, joinders shall be no more than 3 pages.  Any newly filed Motions to Dismiss shall be set on 10/29/2015.

Dated:  07/02/2015

_____
BETH LABSON FREEMAN
United States District Judge