1  DANA McRAE, State Bar No. 142231
   County Counsel, County of Santa Cruz
2  JASON M. HEATH, State Bar No. 180501
   Chief Assistant County Counsel
3  701 Ocean Street, Room 505
   Santa Cruz, California 95060
4  Telephone: (831) 454-2049
   Fax: (831) 454-2115
5
6  **Attorneys for Defendants Santa Cruz County,
   Santa Cruz County Board of Supervisors, John
7  Leopold, Zach Friend, Neal Coonerty, Greg Caput,
   Bruce McPherson and Scott Jalbert**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| MICHAEL E. BOYD, | Case No. 5:15-CV-00405 BLF |
|---|---|
| Plaintiff, | [PROPOSED] ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE AGAINST DEFENDANTS RICK MARTINEZ, CHARLES PREVEDELLI, FRED KEELEY, SEMPERVIRENS FUND, KATHERINE BEIERS, SCOTT JALBERT, AND COLIN DISHEROON |
| v. | |
| SANTA CRUZ COUNTY et al., | |
| Defendants. | |
| | (FRCP 41(a)(1)(ii)) |

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties filed with this Court on July, 8, 2015, attached hereto as Exhibit "A" (ECF No. 68), dismissal is entered as stipulated.

**IT IS SO ORDERED.**

Dated: July 24, 2015                          _____
                                              Hon. Judge Beth L. Freeman
                                              UNITED STATES DISTRICT JUDGE

*Boyd v. Santa Cruz County, et al.*                    [Proposed] Order on Stipulation For Dismissal Of
Case No. 5:15-cv-00405 BLF                                              Certain Defendants

-1-

## PROOF OF SERVICE

I, the undersigned, state that I am a citizen of the United States and employed in the County of Santa Cruz, State of California. I am over the age of 18 years and not a party to the within action. My business address is 701 Ocean Street, Room 505, Santa Cruz, California 95060. On the date set out below, I served a true copy of the following on the person(s)/entity(ies) listed below:

**STIPULATION FOR DISMISSAL WITH PREJUDICE AGAINST DEFENDANTS RICK MARTINEZ, CHARLES PREVEDELLI, FRED KEELEY, SEMPERVIRENS FUND, KATHERINE BEIERS, SCOTT JALBERT, AND COLIN DISHEROON**

☐ by **service by mail** by placing said copy enclosed in a sealed envelope and depositing the sealed envelope with the United States Postal Service with the postage fully prepaid.

☒ by **service by mail** by placing said copy enclosed in a sealed envelope and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid.

☐ by **personal service** at a.m./p.m. at _____.

☐ by **express or overnight mail** by arranging for pick-up by an employee of an express/overnight mail company on:

☐ by **facsimile service** at the number listed below and have confirmation that it was received by:

**Michael E. Boyd**                                    (*Plaintiff In Propria Persona*)
**5439 Soquel Drive**
**Soquel, CA 95073**

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 23, 2015, at Santa Cruz, California.

                              /s/
                        MARIA VARGAS

*Boyd v. Santa Cruz County, et al.*   [Proposed] Order on Stipulation For Dismissal Of
Case No. 5:15-cv-00405 BLF                Certain Defendants

-2-

```
 1  DANA McRAE, State Bar No. 142231
    County Counsel, County of Santa Cruz
 2  JASON M. HEATH, State Bar No. 180501
    Chief Assistant County Counsel
 3  701 Ocean Street, Room 505
    Santa Cruz, California 95060
 4  Telephone: (831) 454-2049
    Fax: (831) 454-2115
 5
    Attorneys for Defendants Santa Cruz County,
 6  Santa Cruz County Board of Supervisors, John
    Leopold, Zach Friend, Neal Coonerty, Greg Caput,
 7  Bruce McPherson and Scott Jalbert
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| MICHAEL E. BOYD,<br><br>Plaintiff,<br><br>v.<br><br>SANTA CRUZ COUNTY et al.,<br><br>Defendants. | Case No. 5:15-CV-00405 BLF<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AGAINST DEFENDANTS RICK MARTINEZ, CHARLES PREVEDELLI, FRED KEELEY, SEMPERVIRENS FUND, KATHERINE BEIERS, SCOTT JALBERT, AND COLIN DISHEROON**<br><br>(FRCP 41(a)(1)(ii)) |
|---|---|

**STIPULATION**

Plaintiff Michael Boyd hereby dismisses with prejudice this entire action, including all claims therein, as against defendants Rick Martinez, Charles Prevedelli, Fred Keeley, Sempervirens Fund, Katherine Beiers, Scott Jalbert, and Colin Disheroon only. The parties are responsible for their own attorney fees and costs resulting from this litigation.

Dated: July 7, 2015          By: _____/s/_____
                                 MICHAEL BOYD
                                 Plaintiff In Propria Persona

EXHIBIT A PAGE 1 OF 3

*Boyd v. Santa Cruz County, et al.*                    Stipulation For Dismissal Of Certain Defendants
Case No. 5:15-cv-00405 BLF

-1-

| | | |
|---|---|---|
| 1 | Dated: July 7, 2015 | DANA McRAE, COUNTY COUNSEL |
| 2 | | |
| 3 | | By: _____/s/_____ |
| 4 | | JASON M. HEATH<br>Chief Assistant County Counsel<br>**Attorneys for Defendants Santa Cruz County, Santa Cruz County Board of Supervisors, John Leopold, Zach Friend, Neal Coonerty, Greg Caput, Bruce McPherson and Scott A. Jalbert** |
| 8 | Dated: July 7, 2015 | ATCHISON, BARISONE, CONDOTTI & KOVACEVICH |
| 11 | | By: _____/s/_____<br>GEORGE J. KOVACEVICH<br>**Attorneys for Defendants City of Santa Cruz, Santa Cruz City Council, Pamela Comstock, David Terrazas, Hillary Bryant, Lynn Robinson, Don Lane, Cynthia Mathews, Micah Posner, Katherine Beiers, Charles Prevedelli, and Rick Martinez** |
| 16 | Dated: July 7, 2015 | SCHMAL LAW |
| 18 | | By: _____/s/_____<br>TIMOTHY J. SCHMAL<br>**Attorneys for Defendants Sempervirens Fund and Fred Keeley** |
| 22 | Dated: July 7, 2015 | LAW OFFICES OF M. ALLEN HOPPER |
| 24 | | By: _____/s/_____<br>M. ALLEN HOPPER<br>**Attorneys for Defendant Colin Disheroon** |

EXHIBIT A PAGE 2 OF 3

*Boyd v. Santa Cruz County, et al.*
Case No. 5:15-cv-00405 BLF

Stipulation For Dismissal Of Certain Defendants

-2-

## PROOF OF SERVICE

I, the undersigned, state that I am a citizen of the United States and employed in the County of Santa Cruz, State of California. I am over the age of 18 years and not a party to the within action. My business address is 701 Ocean Street, Room 505, Santa Cruz, California 95060. On the date set out below, I served a true copy of the following on the person(s)/entity(ies) listed below:

**STIPULATION FOR DISMISSAL WITH PREJUDICE AGAINST DEFENDANTS RICK MARTINEZ, CHARLES PREVEDELLI, FRED KEELEY, SEMPERVIRENS FUND, KATHERINE BEIERS, SCOTT JALBERT, AND COLIN DISHEROON**

☐ by **service by mail** by placing said copy enclosed in a sealed envelope and depositing the sealed envelope with the United States Postal Service with the postage fully prepaid.

☒ by **service by mail** by placing said copy enclosed in a sealed envelope and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid.

☐ by **personal service** at a.m./p.m. at _____.

☐ by **express or overnight mail** by arranging for pick-up by an employee of an express/overnight mail company on:

☐ by **facsimile service** at the number listed below and have confirmation that it was received by:

**Michael E. Boyd**  *(Plaintiff In Propria Persona)*
**5439 Soquel Drive**
**Soquel, CA 95073**

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 8, 2015, at Santa Cruz, California.

_____/s/_____
MARIA VARGAS

EXHIBIT A PAGE 3 OF 3

*Boyd v. Santa Cruz County, et al.*  Stipulation For Dismissal Of Certain Defendants
Case No. 5:15-cv-00405 BLF

-3-