# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

MICHAEL BOYD,

    Plaintiff,

v.

SANTA CRUZ COUNTY, et al.,

    Defendants.

Case No. 15-cv-00405-BLF

**ORDER RESETTING HEARING ON MOTIONS TO DISMISS FROM SEPTEMBER 24, 2015 TO SEPTEMBER 10, 2015; AND MODIFYING BRIEFING SCHEDULE**

The hearing on Defendants' pending motions to dismiss previously set for September 24, 2015 is HEREBY RESET to September 10, 2015 at 9:00 a.m.

The Case Management Order issued July 2, 2015 set August 20, 2015 as the deadline for opposition and September 10, 2015 as the deadline for replies. That briefing schedule is HEREBY MODIFIED. The deadline for opposition shall remain August 20, 2015, but the deadline for replies shall be advanced to September 3, 2015. The modified deadline for replies still gives Defendants two weeks to file any replies, which is double the amount of time afforded by the Court's Civil Local Rules.

**IT IS SO ORDERED.**

Dated: August 19, 2015

_____
BETH LABSON FREEMAN
United States District Judge