**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MICHAEL BOYD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SANTA CRUZ COUNTY, et al.,<br><br>　　　　Defendants. | Case No.  15-cv-00405-BLF<br><br>**NOTICE OF ERRATA RE [ECF 81] ORDER GRANTING MOTIONS TO DISMISS WITH LEAVE TO AMEND; AND TERMINATING MOTIONS FOR JOINDER AS MOOT** |

　　The Court issues this notice of errata with respect to the Order Granting Motions to Dismiss with Leave to Amend; and Terminating Motions for Joinder as Moot, filed on October 13, 2015 and docketed at ECF 81.  At page 9, line 12 of the order, the Court erroneously referred to the operative pleading as the "SAC" instead of as the "FAC."

Dated:  October 26, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge