United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MICHAEL BOYD,

    Plaintiff,

v.

SANTA CRUZ COUNTY, et al.,

    Defendants.

Case No. 15-cv-00405-BLF

**ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME TO EFFECT SERVICE OF PROCESS; GRANTING PLAINTIFF'S REQUEST FOR A CONTINUANCE OF THE CASE MANAGEMENT CONFERENCE; GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME TO FILE A SECOND AMENDED COMPLAINT; AND CLARIFYING THAT PLAINTIFF MAY NOT ADD ADDITIONAL PARTIES OR CLAIMS WITHOUT EXPRESS LEAVE OF COURT**

[Re: ECF 82]

On October 22, 2015, Plaintiff filed a document requesting: (1) a 120-day extension of time to effect service of process; (2) a continuance of the Case Management Conference from November 12, 2015 to January 21, 2016; and (3) a two-week extension of the deadline for filing a second amended complaint.

Plaintiff's requests are GRANTED as follows:

(1) Plaintiff is GRANTED an extension of time to effect service of process until February 25, 2016;

(2) The Case Management Conference set for November 12, 2015 is CONTINUED to January 21, 2015 at 11:00 a.m.; and

(3) The deadline for filing a second amended complaint is EXTENDED to November 18, 2015. With respect to Plaintiff's statement that he wishes to dismiss Jason Matthys from this case, Plaintiff may do so by omitting Jason Matthys from the amended pleading. With respect to Plaintiff's statement that he anticipates adding additional plaintiffs and defendants in this case, the Court hereby CLARIFIES that Plaintiff was granted leave to amend only as to those claims and parties alleged in the first amended complaint. Plaintiff may MAY NOT ADD additional claims or parties without express leave of the Court.

**IT IS SO ORDERED.**

Dated: October 26, 2015

_____
BETH LABSON FREEMAN
United States District Judge