1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

MICHAEL BOYD,

          Plaintiff,

    v.

SANTA CRUZ COUNTY, et al.,

          Defendants.

Case No.  15-cv-00405-BLF

**ORDER RE PLAINTIFF'S REQUEST FOR CLARIFICATION ON OPERATIVE COMPLAINT FOR PURPOSES OF SERVICE OF SUMMONS AND COMPLAINT**

[ECF 94]

On October 26, 2015, the Court issued an order granting Plaintiff's request for an extension of time until February 25, 2016 to effect service of process.  Order, ECF 82.

On December 14, 2015, Plaintiff filed a Request for Clarification on Operative Complaint for Purposes of Service of Summons and Complaint.  Pl.'s Request, ECF 94.  In relevant part, that document states that "Plaintiff respectfully requests the Court clarify that the Amended Second Amended Complaint is the operative complaint for purposes of serving the remaining defendants in this case that have not yet received service of the summons and complaint."  *Id.* at 1.

Plaintiff appears to be seeking legal advice to aid him in effecting service of process.  It is not appropriate to direct that type of inquiry to the Court.  The docket reflects that the Amended Second Amended Complaint filed on November 18, 2015 as ECF 90 is the most recent complaint and therefore the operative complaint.  The Court cannot comment further.

Plaintiff may wish to contact the Federal Pro Se Program, a free program that offers limited legal services and advice to parties who are representing themselves.  The Federal Pro Se Program has offices in two locations, listed below.  Help is provided by appointment and on a

drop-in basis.  Parties may make appointments by calling the program's staff attorney, Mr. Kevin Knestrick, at 408-297-1480.  Additional information regarding the Federal Pro Se Program is available at http://cand.uscourts.gov/helpcentersj.

| | |
|---|---|
| Federal Pro Se Program | Federal Pro Se Program |
| United States Courthouse | The Law Foundation of Silicon Valley |
| 280 South 1st Street | 152 North 3rd Street |
| 2nd Floor, Room 2070 | 3rd Floor |
| San Jose, CA 95113 | San Jose, CA 95112 |
| Monday to Thursday 1:00 pm – 4:00 pm | Monday to Thursday 9:00 am – 12:00 pm |
| Fridays by appointment only | Fridays by appointment only |

Dated:  December 15, 2015

BETH LABSON FREEMAN
United States District Judge