George J. Kovacevich (SBN 48125)
**ATCHISON, BARISONE, CONDOTTI & KOVACEVICH**
A Professional Corporation
PO Box 481
Santa Cruz, CA 95061
Telephone: (831) 423-8383
Facsimile: (831) 576-2269

Attorneys for Defendants City of Santa Cruz, Santa Cruz City Council, Pamela Comstock, David Terrazas, Hilary Bryant, Lynn Robinson, Don Lane, Cynthia Mathews, and Micah Posner ("City Defendants")

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE

| | |
|---|---|
| MICHAEL E. BOYD,<br><br>             Plaintiff,<br>     vs.<br><br>SANTA CRUZ COUNTY, et al,<br><br>             Defendants. | **Case No. 5:15-cv-00405 BLF**<br><br>**STIPULATION AND REQUEST FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE CURRENTLY SET FOR JANUARY 21, 2016 TO MARCH 17, 2016; [PROPOSED] ORDER**<br><br>Current Date of CMC: January 21, 2016<br>Time:  1:30 PM<br>Dept:  3, 5th Floor<br>Judge: Hon. Judge Beth L. Freeman |

**STIPULATION**

Pursuant to Civil Local Rule 6-2, Plaintiff and Defendants, acting by and through their respective counsel of record, stipulate and agree as follows:

WHEREAS, no trial date is currently set in this case;

WHEREAS, the deadline for the parties to file a joint case management statement is January 14, 2016;

WHEREAS, a case management conference is set for January 21, 2016;

WHEREAS, City Defendants, acting by and through their counsel, filed a motion to dismiss which is set to be heard by this court on March 17, 2016;

WHEREAS, County Defendants, acting by and through their counsel, filed a motion to dismiss which is set to be heard by this court on March 17, 2016;

AND WHEREAS, the parties agree that the Case Management Conference should be continued and held concurrently with the City and County Defendants' motions to dismiss;

THEREFORE, the parties hereby stipulate to and request that the Court continue the date of the Case Management Conference such that the hearing shall take place on March 17, 2016, at 9:00 a.m., or as soon thereafter as the matter may be heard in Department 3 of the above-captioned court.

IT IS SO STIPULATED.

Dated: January 13, 2016

By: /s/
MICHAEL BOYD
Plaintiff in Pro Per

Dated: January 12, 2016                SANTA CRUZ COUNTY COUNSEL

By: /s/
JASON HEATH
Attorneys for Defendant
COUNTY OF SANTA CRUZ et al

Dated: January 13, 2016                ATCHISON, BARISONE, CONDOTTI & KOVACEVICH

By: /s/
GEORGE J. KOVACEVICH
Attorneys for Defendant
CITY OF SANTA CRUZ et al

**ATTESTATION PER CIVIL LOCAL RULE 5-1(I)(3)**

I hereby attest that concurrence in the filing of this document has been obtained from each of the signatories identified above. I further attest that I will maintain the records to support this concurrence for subsequent inspection by the court, if so ordered, or for inspection upon request of any party, until one year after the final resolution of this action.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct. Executed this 13th of January, 2016 at Santa Cruz, California.

                                              /s/
                                        GEORGE J. KOVACEVICH

**~~PROPOSED~~ ORDER**

The Case Management Conference in the above captioned matter is hereby continued to March 17, 2016 at 9:00 a.m. A joint case management conference statement shall be filed by the parties no later than March 10, 2016.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: [illegible]

By: _____
Hon. BETH L. FREEMAN
United States District Judge
Northern District of California

STIPULATION AND REQUEST FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
Court Case No. 5:15-cv-00405 BLF