UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MICHAEL BOYD,

    Plaintiff,

v.

SANTA CRUZ COUNTY, et al.,

    Defendants.

Case No. 15-cv-00405-BLF

**ORDER DENYING PLAINTIFF'S REQUEST TO SERVE COUNTY COUNSEL SUMMONS AND COMPLAINT FOR FIVE REMAINING COUNTY DEFENDANTS**

[Re: ECF 100]

    Plaintiff has filed a "Request to Serve County Counsel Summons and Complaint for Five Remaining County Defendants." *See* ECF 100. Plaintiff asks that he be permitted to serve five individuals identified in Plaintiff's Request only as "County Defendants" by delivering copies of the summons and complaint to Jason Heath, Assistant County Counsel, Santa Cruz County. *See id.* Plaintiff's proposed method of service does not comply with Federal Rule of Civil Procedure 4, which sets forth the requirements for service of process. Accordingly, Plaintiff's Request is DENIED.

    Plaintiff may wish to contact the Federal Pro Se Program, a free program that offers limited legal services and advice to parties who are representing themselves. The Federal Pro Se Program has offices in two locations, listed below. Help is provided by appointment and on a drop-in basis. Parties may make appointments by calling the program's staff attorney, Mr. Kevin Knestrick, at 408-297-1480. Additional information regarding the Federal Pro Se Program is available at http://cand.uscourts.gov/helpcentersj.

| | |
|---|---|
| Federal Pro Se Program | Federal Pro Se Program |
| United States Courthouse | The Law Foundation of Silicon Valley |
| 280 South 1st Street | 152 North 3rd Street |
| 2nd Floor, Room 2070 | 3rd Floor |
| San Jose, CA 95113 | San Jose, CA 95112 |

Dated:  January 15, 2016

_____
BETH LABSON FREEMAN
United States District Judge