# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL BOYD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SANTA CRUZ COUNTY, et al.,<br><br>　　　　Defendants. | Case No. 15-cv-00405-BLF<br><br>**ORDER SUBMITTING MOTIONS TO DISMISS WITHOUT ORAL ARGUMENT AND VACATING HEARING; AND CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>[Re: ECF 91 and 92] |

The Motions to Dismiss that were noticed for hearing on March 17, 2016 are hereby SUBMITTED without oral argument and the hearing on those motions is VACATED. *See* Civ. L.R. 7-1(b).

The Case Management Conference that was set for March 17, 2016 is CONTINUED to May 19, 2016 at 11:00 a.m.

**IT IS SO ORDERED.**

Dated: March 8, 2016

_____
BETH LABSON FREEMAN
United States District Judge