George J. Kovacevich (SBN 48125)
**ATCHISON, BARISONE, CONDOTTI & KOVACEVICH**
A Professional Corporation
PO Box 481
Santa Cruz, CA 95061
Telephone:  (831) 423-8383
Facsimile:   (831) 576-2269

Attorneys for Defendants City of Santa Cruz, Santa Cruz City Council, Pamela Comstock, David Terrazas, Hilary Bryant, Lynn Robinson, Don Lane, Cynthia Mathews, and Micah Posner ("City Defendants")

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE

| | |
|---|---|
| MICHAEL E. BOYD,<br><br>             Plaintiff,<br>    vs.<br><br>SANTA CRUZ COUNTY, et al,<br><br>             Defendants. | **Case No. 5:15-cv-00405 BLF**<br><br>**STIPULATION AND REQUEST FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE CURRENTLY SET FOR MAY 19, 2016; [PROPOSED] ORDER**<br><br>Current Date of CMC: May 19, 2016<br>Time:   11:00 AM<br>Dept:    3, 5th Floor<br>Judge:  Hon. Judge Beth L. Freeman |

## **STIPULATION**

Pursuant to Civil Local Rule 6-2, Plaintiff and Defendants, acting by and through their respective counsel of record, stipulate and agree as follows:

WHEREAS, no trial date is currently set in this case;

WHEREAS, the deadline for the parties to file a joint case management statement is May 12, 2016;

WHEREAS, a case management conference is set for May 19, 2016;

WHEREAS, City and County Defendants, acting by and through their counsel, filed motions to dismiss scheduled to be heard by this court on March 17, 2016;

-1-
STIPULATION AND REQUEST FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
Court Case No. 5:15-cv-00405 BLF

WHEREAS, multiple defendants have joined in the motions to dismiss;

WHEREAS, the Court took the motions to dismiss under submission;

AND WHEREAS, the parties agree that the Case Management Conference should be continued pending the court's ruling on the motions to dismiss.

THEREFORE, the parties hereby stipulate to and request that the Court continue the date of the Case Management Conference to be scheduled on a future date acceptable with the court.

IT IS SO STIPULATED.

Dated: May 12, 2016

By: ___/s/_____
MICHAEL BOYD
Plaintiff in Pro Per

Dated: May 12, 2016        SANTA CRUZ COUNTY COUNSEL

By: ___/s/_____
JASON HEATH
Attorneys for Defendant
COUNTY OF SANTA CRUZ et al

Dated: May 12, 2016        LAW OFFICES OF M. ALLEN HOPPER

By: ___/s/_____
M. ALLEN HOPPER
Attorneys for Defendants
BEN RICE and IAN RICE

Dated: May 12, 2016        ATCHISON, BARISONE, CONDOTTI &
                                       KOVACEVICH

By: ___/s/_____
GEORGE J. KOVACEVICH
Attorneys for Defendant
CITY OF SANTA CRUZ et al

**ATTESTATION PER CIVIL LOCAL RULE 5-1(I)(3)**

I hereby attest that concurrence in the filing of this document has been obtained from each of the signatories identified above. I further attest that I will maintain the records to support this concurrence for subsequent inspection by the court, if so ordered, or for inspection upon request of any party, until one year after the final resolution of this action.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct. Executed this 12th day of May, 2016 at Santa Cruz, California.

/s/
GEORGE J. KOVACEVICH

**~~PROPOSED~~ ORDER**

The Case Management Conference in the above captioned matter is hereby continued to __August 4, 2016__ at __11:00__ a.m. A joint case management conference statement shall be filed by the parties no later than __July 28, 2016__.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __May 13, 2016__

By: /s/ Beth Labson Freeman
Hon. BETH L. FREEMAN
United States District Judge
Northern District of California

-3-
STIPULATION AND REQUEST FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
Court Case No. 5:15-cv-00405 BLF